UNITED STATES of America,
Plaintiff-Appellee,

v.

Junior Thomas COTTON,
Defendant-Appellant.

No. 15-4480

United States Court of Appeals,
Fourth Circuit.

Submitted: May 30, 2017

Decided: June 30, 2017

Thomas P. McNamara, Federal Public Defender, Eric J. Brignac, Assistant Federal Public Defender, Raleigh, North Carolina, for Appellant. Thomas G. Walker, United States Attorney, Jennifer P. May-Parker, Kristine L. Fritz, Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, FLOYD, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Junior Thomas Cotton appeals his 33-month sentence imposed following his guilty plea to being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1), 924 (2012). Cotton challenges the district court's calculation of his base offense level under U.S. Sentencing Guidelines Manual § 2K2.1(a) (2014), which establishes a higher offense level for defen-dants with a prior conviction for a crime of violence under USSG § 4B1.2(a)(2). Cotton argues that his prior conviction, which was deemed a crime of violence under the residual clause of USSG § 4B1.2(a)(2), is no longer a crime of violence in light of *Johnson v. United States*, —— U.S. ——, 135 S.Ct. 2551, 192 L.Ed.2d 569 (2015) (striking Armed Career Criminal Act's residual clause in crime of violence definition as unconstitutionally vague). We rejected that argument in *United States v. Mack*, 855 F.3d 581 (4th Cir. 2017). Accordingly, Cotton's challenge is foreclosed by our decision in *Mack*.

We therefore affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*